UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00468

**Jaime Pedraza,**
*Plaintiff,*

v.

**Federal Housing Authority et al.,**
*Defendants.*

# ORDER

Plaintiff Jaime Pedraza, an inmate proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On January 21, 2022, the magistrate judge issued a report recommending that plaintiff's motion for preliminary injunction seeking a transfer to another jail be denied. Doc. 11. Plaintiff filed a written objection. Doc. 12.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). The magistrate judge recommended dismissal partly because plaintiff's motion does not establish any substantial threat of irreparable harm. Doc. 11 at 3. A review of the motion confirms that assessment.

In his objection, the plaintiff states in a conclusory fashion that "substantial threat exists that irreparable harm will result if the injunction is not granted," but he does not identify that harm. Doc. 12 at 1. The supporting documentation attached to the objection consists of several largely incoherent institutional reports by another inmate expressing dissatisfaction with a variety of jail conditions ranging from under-staffing to charging inmates for "one time shots" related to COVID-19. *Id.* at 4–10. Nothing in the objection establishes any threat of irreparable harm to the plaintiff.

Having reviewed the magistrate judge's report de novo, and being satisfied that it contains no error, the court overrules the plaintiff's objections and accepts the report's findings and recommendation. The plaintiff's motion for preliminary injunction (Doc. 9) is denied.

*So ordered by the court on February 17, 2022.*

J. CAMPBELL BARKER
United States District Judge