UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00468

**Jaime Pedraza,**
*Plaintiff,*

v.

**Federal Housing Authority et al.,**
*Defendants.*

# ORDER

Plaintiff Jaime Pedraza, an inmate proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate John D. Love pursuant to 28 U.S.C. § 636(b).

On February 16, 2022, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to the plaintiff's failure to comply with the court's order to pay an initial, partial filing fee. Doc. 14. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on March 31, 2022.*

J. CAMPBELL BARKER
United States District Judge